UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x

JANE DOE,                                                                    Civil Action No. 20-CV-03908

                                       Plaintiff,

   -against-

KEVIN CAHILL,

                                       Defendant.

----------------------------------------------------------------------------x

**NOTICE OF MOTION TO PROCEED UNDER A
PSEUDONYM AND FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE, the undersigned attorneys move this Court to allow the Plaintiff in the above captioned action to proceed under the pseudonym "Jane Doe" for the reasons set forth in the attached Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under a Pseudonym and for a Protective Order and the Declaration of Aurore C. DeCarlo, Esq.

Dated: Brooklyn, New York
        May 20, 2020

                                                                 C.A. GOLDBERG PLLC

                                       By:    /s/ Aurore C. DeCarlo
                                                 Carrie A. Goldberg, Esq.
                                                 Aurore C. DeCarlo, Esq.
                                                 16 Court Street, 33rd Floor
                                                 Brooklyn, New York 11241
                                                 Tel. (646) 666-8908
                                                 aurore@cagoldberglaw.
                                                 Attorneys for Plaintiff Jane Doe