UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

JANE DOE,                                                        Civil Action No. 20-CV-03908

                                  Plaintiff,

  -against-

KEVIN CAHILL,

                                  Defendant.

------------------------------------------------------------------------x

## ORDER

Upon Plaintiff's Ex Parte Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Aurore C. DeCarlo, Esq., and Memorandum of Law in Support of Motion, it is hereby:

ORDERED that Plaintiff's Ex Parte Motion to Proceed Under Pseudonym is GRANTED, and it is

FURTHER ORDERED, that the Plaintiff's Motion for a Protective Order prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise, is GRANTED.

Dated: May 27, 2020
       New York, New York

                                                      KA.THERINE POLK FAILLA
                                                    UNITED STATES DISTRICT JUDGE