UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>KEVIN CAHILL,<br><br>                    Defendant. | 20 Civ. 3908 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      In reviewing the briefing on the parties' pending motions, the Court discovered that Exhibit A to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Substitute and in Support of His Cross-Motion to Dismiss contains personal information about Plaintiff. Accordingly, the Clerk of Court is directed to strike the exhibit at docket entry 25-1. Defendant is ORDERED to file a redacted version of the exhibit on or before August 4, 2021.

      SO ORDERED.

Dated: July 28, 2021
       New York, New York

                                                         KATHERINE POLK FAILLA
                                                         United States District Judge